HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. MONTGOMERY,  ) | Civil No. 05-01830 PVT |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART,  ) | |
| Commissioner, Social Security  ) | |
| Administration,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, October 10, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

1
2
3                                         _____
                                          KEVIN V. RYAN
                                          United States Attorney
4
5
6  Dated: September 7, 2005               /s/_____
                                          SARA WINSLOW
7                                         Assistant U.S. Attorney
8
9
10 Dated: September 6, 2005               /s/_____
                                          HARVEY P. SACKETT
11                                        Attorney for Plaintiff
                                          JASON J. MONTGOMERY
12
13 IT IS SO ORDERED.
14
15 Dated: *9/19/05*                        */s/ Patricia V. Trumbull*_____
                                          HON. PATRICIA V. TRUMBULL
16                                        Magistrate District Judge
17
18
19
20
21
22
23
24
25
26
27
28

                                   2
   STIPULATION AND ORDER