```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755
    Facsimile: (408) 295-7444
 6

 7  /ne

 8  Attorney for Plaintiff

 9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

12  JASON J. MONTGOMERY,              ) Civil No. 05-01830 PVT
                                      )
13                 Plaintiff,         )
                                      )
14  v.                                ) STIPULATION AND ORDER
                                      )
15  JO ANNE B. BARNHART,              )
    Commissioner, Social Security     )
16  Administration,                   )
                                      )
17                 Defendant.         )
                                      )
18                                    )
    _____    )
19
         Plaintiff and Defendant, through their respective attorneys,
20
    hereby stipulate that Plaintiff shall have a second extension of
21
    time up through and including Wednesday, November 9, 2005 in
22
    which to e-file his Motion for Summary Judgment.  This extension
23
    is necessitated by the number of other cases Plaintiff's counsel
24
    currently has before the district court that also require
25
    briefing.
26

27

28

                                      1
    STIPULATION AND ORDER
```

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated:   October 11, 2005               /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: October 7, 2005                  /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        JASON J. MONTGOMERY


IT IS SO ORDERED.


Dated: 10/11/05                         /s/ Patricia V. Trumbull
                                        HON. PATRICIA V. TRUMBULL
                                        Magistrate District Judge
```

STIPULATION AND ORDER                                 2